IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS R. BURTON, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | Case No. 3:13-0034 |
| | ) | Related Case: 3:13-0149 |
| | ) | Chief Judge Haynes |
| NATIONAL COLLEGE OF TENNESSEE, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

A status conference is set in this action and its related action, case no. 3:13-0149, for **Monday, June 24, 2013 at 3:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 3rd day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court