IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| THOMAS R. BURTON, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:13-cv-00149 |
| NATIONAL COLLEGE OF TENNESSEE, INC., | ) ) ) ) |
| Defendant. | ) ) |

*[handwritten annotation: Granted. This motion is granted. Will [illegible] 2-21-14]*

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

In its Order of January 15, 2014, the Court reset the deadline for Defendant's reply in support of its summary judgment motion to February 4, 2014. However, in the Case Management Order, the Court noted that Court permission must be sought to file a reply. Thus, out of abundance of caution, Defendant files this Motion seeking leave from the Court to file the aforementioned reply memorandum and other reply papers.

Accordingly, Defendant requests permission to file (1) a Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment; (2) a Reply to Plaintiff's Response to Defendant's Statement of Undisputed Facts; and, (3) a Response to Plaintiff's Statement of Undisputed Facts, all of which are filed contemporaneously herewith.

Dated this 4th day of February, 2014.

1