IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| THOMAS R. BURTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 3:13-00149 Chief Judge Haynes |
| v. | ) ) | |
| NATIONAL COLLEGE OF TENNESSEE, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 14) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _1st_ day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court